**LAW OFFICES OF MITCHELL J. MALZBERG, LLC**
Mitchell Malzberg, Esq.
PO Box 5122
6 E. Main Street, Suite 7
Clinton, New Jersey 08809
Telephone: (908) 323-2958
Email: mmalzberg@mjmalzberglaw.com
*Counsel to Debtor/Defendant, Richard H. Glanton*

Order Filed on April 9, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>RICHARD H. GLANTON,<br><br>    Debtor. | Chapter 11<br><br>Case No. 22-11055/CMG |
| NEWPORT INVESTMENT GROUP, LLC,<br><br>    Plaintiff(s),<br><br>v.<br><br>RICHARD H. GLANTON,<br><br>    Defendant. | Adv. Pro. No. 22-01388/CMG |
| JOHN M. McDONNELL,<br><br>    Plaintiff(s),<br><br>v.<br><br>RICHARD H. GLANTON, *et als.*<br><br>    Defendant(s). | Adv. Proc. No. 22-01401/CMG |

**ORDER RELIEVING COUNSEL**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: April 9, 2023**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

Page 2
Debtor:        RICHARD H. GLANTON
Case No.:      22-11055/CMG
Adversary Proceeding:    Newport Investment Group, LLC v. Glanton, 22-01388/CMG
                         McDonnell v. Glanton, et als., 22-01401
Caption of Order:    ORDER RELIEVING COUNSEL

---

This matter having been brought before the Court upon the Motion for an Order Relieving Counsel from representation of Richard H. Glanton in his Chapter 7 proceeding 22-11055/CMG and in the pending Adversary Proceedings, *Newport Investment Group, LLC v. Glanton, 22-01388/CMG* and *McDonnell v. Glanton et als., 22-01401*, and the Court having considered the motion and opposition filed, if any, and the Court having considered oral argument, for the reasons set forth on the record and for good cause shown;

It is hereby **ORDERED** that:

1.    The Law Offices of Mitchell J. Malzberg, LLC is hereby relieved of counsel for Richard H. Glanton.

2.    A copy of the within Order shall be served upon all parties in interest within seven (7) days of the date of entry.